AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.
)
One Apple iPhone assigned call number (508) 762-6187, )
further described below )   1:13MJ39A
)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Rhode Island _____
*(identify the person or describe the property to be searched and give its location)*:
One Apple iPhone assigned call number (508) 762-6187, seized in the course of an investigation involving Donna Nguyen.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
Phonebooks, photographs, names, notes, text messages, voicemail messages, addresses and telephone numbers related to drug trafficking and the proceeds of drug trafficking, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   February 10, 2013
                                                              *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Lincoln D. Almond _____ .
                           *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
                                                              ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   1/28/13 2:30pm   _____
                                         Judge's signature

City and state:   Providence, Rhode Island   LINCOLN D. ALMOND, U.S. MAGISTRATE JUDGE
                                             *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: CH-12-0039 | Date and time warrant executed: 1/30/13 | Copy of warrant and inventory left with: N/A |
| Inventory made in the presence of : TFA Daniel Fleming & S/A David Carnevale | | |
| Inventory of the property taken and name of any person(s) seized: | | |

The Described & phone was searched on 1/30/13 at which time all Data was copied to a DVD and entered into evidence in this case.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/12/13

_James McCormack_
Executing officer's signature

James McCormack
Printed name and title